UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Amanda Seise
                           Plaintiff,

v.                                          Case No.: 1:20–cv–06710
                                             Honorable Franklin U. Valderrama

Rogers Corporation
                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 4, 2021:

       MINUTE entry before the Honorable Franklin U. Valderrama: Pursuant to the notice of settlement [19], and to avoid unnecessary status hearings and to provide time to effectuate the agreement, the case is dismissed without prejudice and with full leave to reinstate via motion filed by 5/3/2021. If no motion to reinstate is filed by that date, then the dismissal will automatically convert to a dismissal with prejudice, without further action by the Court. Civil case terminated. Mailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.